# Order

Michigan Supreme Court
Lansing, Michigan

July 9, 2021

162589

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEFFREY TRAVIS TOENSFELDT,
      Defendant-Appellant.

SC: 162589
COA: 347705
Oscoda CC: 17-001523-FC

_____/

On order of the Court, the application for leave to appeal the October 15, 2020 judgment of the Court of Appeals is considered. We DIRECT the Oscoda County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The response shall be limited to: (1) whether the conduct giving rise to the instant case occurred before the entry of the defendant's 2016 conviction for possession of less than 25 grams of a controlled substance; (2) whether the circuit court erred by sentencing the defendant as a fourth-offense habitual offender, see MCL 769.12; (3) whether the circuit court erred in its scoring of Prior Record Variable 2, see MCL 777.52; and (4) whether the defendant is entitled to resentencing, see *People v Francisco*, 474 Mich 82, 89-91 (2006).

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2021



t0706

Clerk